No. 98–8962.   BOYD v. BARKLEY, CHAPTER 13 TRUSTEE.   C. A. 5th Cir.   Certiorari denied.

No. 98–8980.   SMITH v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 98–9039.   BAKER v. OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 98–9060.   CHAMBERS v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 98–9072.   DRIVER v. LUEBBERS, SUPERINTENDENT, RENZ CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 98–9074.   BAGLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 98–9128.   FOWLER v. CITY OF RALEIGH PARKS AND RECREATION DEPARTMENT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 98–9153.   JIMENEZ-LINARES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 98–9159.   MAYS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 98–9166.   BENNEFIELD v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 98–9167.   MORRIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 98–9169.   McGARY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 98–9172.   McINTYRE v. WARD, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 98–9176.   BOND v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 98–9181.   MICHALEC v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.